No. 73–79. JENNINGS *v.* CANOTT. Appeal from Sup. Ct. Iowa. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal

was taken as a petition for writ of certiorari, certiorari denied.